UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:06-CR-116 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| ZACHARY ADAM DANCE | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

A initial appearance and arraignment were held in this case on September 5, 2007. Hugh Ward was present representing the government, and Kim Tollison, Assistant Federal Defender, was present representing the defendant. The defendant was also present. The government proffers that the defendant is on probation with state court at the time of this arrest and requested up to 10 days for the government/Pretrial Services to check with the State of Tennessee. The Court grants the request.

The defendant is personally aware of his rights to a prompt detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure his appearance in court and the safety of the community.

The defendant shall be detained pending a hearing before the undersigned on **Wednesday, September 12, 2007,** at **10:00 a.m** The defendant shall be held in custody by

the United States Marshal until that time and produced for the above scheduled hearing.

ENTER:

           s/ C. Clifford Shirley, Jr.
           United States Magistrate Judge