UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:07-CR-116 |
| V. | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| JACOB RONALD REED | ) | |

ORDER OF SUBSTITUTION OF COUNSEL

The defendant personally appeared before the undersigned on October 17, 2007, for a hearing on defendant's Notice of Appearance and Motion to Continue [Doc. 16] filed by David Wigler and Mr. Stewart's Motion to Continue [Doc. 15]. Hugh Ward, Assistant United States Attorney, was present representing the government, and Keith Stewart was present representing the defendant.

Mr. Wigler stated to the Court that the defendant had hired he and Herbert Moncier as co-counsel to represent the defendant. The government, through Assistant United States Attorney Hugh Ward indicated the government did not object to the substitution of counsel. Mr. Stewart stated to the Court that he had no objection to having David Wigler and Herbert Moncier substituted as retained counsel. Mr. Wigler stated that he wished to have the trial date of November 14, 2007, to remain the same. A Pretrial Conference and Status Hearing are rescheduled to November 1, 2007, at 10:00 a.m., before the undersigned.

The Court finds the Notice of Appearance is appropriate and **DENIES AS MOOT** the Motions to Continue **[Doc. 15 and 16]**. Mr. Stewart is relieved of his

appointment as CJA counsel and David Wigler and Herbert Moncier are substituted as retained counsel.

**ENTERED**:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge