UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-116 |
| | ) | (PHILLIPS/SHIRLEY) |
| ZACHARY ADAM DANCE, and | ) | |
| JACOB RONALD REED, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED PRETRIAL ORDER

This action came before the Court pursuant to a telephone conference on March 17, 2008 in which Hugh Ward, Jr. as counsel for the government and Kim Tollison as counsel for Zachary Adam Dance; Herbert Moncier and David Wigler as counsel for Jacob Ronald Reed, indicated that this Pretrial Order could be entered without the necessity of a formal hearing or pretrial conference. The Court is advised that defendant Dance has entered a Change of Plea and that defendant Reed is scheduled to do so on or about March 26, 2008.

### I.

Defendant Dance previously was given time to file a Motion to Suppress. Subsequently, the motion deadline was extended from February 28, 2008 to March 6, 2008. However, to date no new motions were filed or are pending. The evidentiary hearing scheduled for April 24, 2008 is hereby **CANCELLED**.

### II.

Trial procedures to be followed in this case are as follows:

(a) **Jury Selection**.  The Court will conduct a preliminary voir dire examination of the jury, and then counsel will be permitted to conduct voir dire examination.  The Court reserves the right to interrupt counsel and conduct voir dire on its own if counsel ask improper questions or if the proceedings are unnecessarily prolonged.

(b) **Peremptory Challenges**.  Under Fed. R. Crim. P. 24(b)(2), the defendant is entitled to ten peremptory challenges and the government is entitled to six.

(c) **Novel Legal Issues for the Court**.  No novel or unusual legal issues were identified as of this time.

(d) **Novel Evidentiary Issues for the Court**.  No novel or unusual evidentiary problems were identified as of this time.

(e) **Special Requests for Jury Instructions**.  If counsel have any special requests for instructions to the jury, the same shall be filed at least five (5) working days before trial.

(f) **Additional Motions**.  No more motions, other than motions in limine, will be allowed to be filed in this cause of action by either side without prior leave of Court to do so, since the motion cut-off date has passed.  All motions in limine must be filed at least five (5) working days before trial.  Responses to motions in limine are due at least two (2) working days before trial.

(g) **Admissions and Stipulations**.  Counsel should meet in advance of trial and carefully review the trial exhibits with a view toward stipulating the admissibility of as many exhibits as possible. Any admissions and stipulations of fact to be used at trial shall be signed by Defendant's attorney and the Defendant and filed at least five (5) working days before trial.

(h) **Courtroom Decorum**.  Counsel are encouraged to familiarize themselves with Local Rule 83.3 and ensure that their clients are familiar with the contents of this rule.

## III.

The defendant, Jacob Ronald Reed is scheduled for a change of plea hearing before the Honorable Thomas W. Phillips set for **March 26, 2008 at 2:00 p.m.** The defendant, Zachery Adam Dance is scheduled for sentencing before the Honorable Thomas W. Phillips set for **May 21, 2008 at 10:00 a.m.**

If counsel have any objections to this Pretrial Order, such objection should be taken up pursuant to Local Rule 72.4(b), EDTN.

**IT IS SO ORDERED.**

                    **ENTER:**

                      s/ C. Clifford Shirley, Jr.
                    United States Magistrate Judge